UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON L. HAYWOOD,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTHONY RISPOLI,<br><br>            Defendant. | Case No.  24-cv-01537-VC<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 2 |

    This case was opened when Cameron L. Haywood filed a civil rights complaint pursuant to 42 U.S.C. § 1983, and an incomplete application to proceed in forma pauperis (IFP). Dkt. Nos. 1, 2. Haywood was sent a notice that he had not paid the filing fee or properly applied for leave to proceed IFP and was allowed twenty-eight days to pay the fee or file the complete application. A copy of the court's form for applications to proceed IFP was provided with the notice. Twenty-eight days have passed, and Haywood has not filed an IFP application, or otherwise communicated with the court. This case is therefore DISMISSED without prejudice and the incomplete motion to proceed IFP (Dkt. No. 2) is DENIED.

    **IT IS SO ORDERED.**

Dated: June 3, 2024

_____
VINCE CHHABRIA
United States District Judge